No. 637. COMPANIA GENERAL DE TABACOS DE FILIPINAS *v.* COLLECTOR OF INTERNAL REVENUE. March 4, 1940. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Messrs. C. A. Dewitt* and *E. A. Perkins* for petitioner. *Messrs. Nathan R. Margold* and *John B. Jago* for respondent.

No. 648. WINKELMAN *v.* ALLMAN. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Walter C. Fox, Jr.* for petitioners. *Mr. Roy G. Allman* for respondent.

No. 668. PUGET SOUND NAVIGATION Co. *v.* UNITED STATES. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Lawrence Bogle, Edward G. Dobrin,* and *Cassius E. Gates* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 680. SHYVERS *v.* SECURITY-FIRST NATIONAL BANK OF LOS ANGELES. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John A. Jorgenson* for petitioner. *Mr. Edmund W. Pugh* for respondent.

No. 684. CLARK *v.* UNITED STATES. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Joseph W. Burns*

669

and *Lee A. Jackson* for the United States.

No. 688. PETTINGILL *v.* FULLER. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Florence E. Moore* for petitioner. *Mr. John W. Redmond* for respondent.

No. 691. SOUTHERN PACIFIC Co. *v.* SHERMAN, ADMINISTRATRIX. March 4, 1940. Petition for writ of certiorari to the District Court of Appeal, First Appellate District, of California, denied. *Mr. Arthur B. Dunne* for petitioner. *Mr. Louis E. Goodman* for respondent.

No. 735. GORDON ET AL. *v.* WIRTZ ET AL. See *ante,* p. 630.

No. 669. McDONALD *v.* NEW YORK. March 11, 1940. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis,* denied. *George McDonald, pro se.*

No. 679. BUCKNER ET AL. *v.* UNITED STATES. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Moses Polakoff* for petitioners. *Solicitor General Biddle, Assistant Attorney General Roaae.* and *Messrs.*